UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOCINA R. ESPINO,<br><br>               Plaintiff,<br><br>        v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C09-5262RBL<br><br>ORDER |

The Court, having reviewed the record, does hereby find and ORDER:

(1) Plaintiff filed her Complaint on or about May 4, 2009. An Answer to the Complaint has not been filed, and plaintiff's attorney, Jean C. Owen, as only recently been granted leave to appear *pro hac vice*.

(2) Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served within 120 days after the complaint is filed. Fed. R. Civ. P. Rule 4(m). Rule 4(l) requires proof of service to be filed or made to the court. Fed. R. Civ. P. Rule 4(l). At this time the record does not show that the complaint has been properly served.

(3) With regard to a social security complaint, Rule 4(i) requires plaintiff to serve a summons and copy of complaint on the following entities: (a) the United States attorney for the district in which the action is brought or to an assistant United States attorney or clerical

ORDER - 1

employee designated by the United States attorney in a writing filed with the clerk of the court or the civil process clerk at the office of the United States attorney; (b) the Attorney General of the United States at Washington, District of Columbia; and (c) the officer or agency.

(4) Rule (4)(m) requires the court to provide notice to the plaintiff before the matter can be dismissed for lack of prosecution under that rule, and Rule 4(i)(4) requires the court to allow reasonable time for plaintiff to cure a failure to serve the multiple entities, if the plaintiff has effected service on either the United States attorney or the Attorney General of the United States.

(5) Accordingly, plaintiff is hereby notified that proof of service must be made to the court **by not later than October 14, 2009**. Otherwise, the court will recommend dismissal of this case for failure to prosecute the matter.

DATED this 28th day of September, 2009.

J. Richard Creatura
United States Magistrate Judge