United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOCINA RENE ESPINO, | ) |
| | ) CIVIL NO. 09-5262RBL-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EXTENSION OF TIME TO |
| vs. | ) FILE OPENING BRIEF |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon Plaintiff's Stipulation for Extension of Time to File Opening Brief and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's Opening Brief shall be filed on or before December 11, 2009, Defendant's Answering Brief shall be filed on or before January 11, 2010, Plaintiff's Reply Brief shall be filed on or before January 25, 2010, and oral argument shall be requested by February 1, 2010.

DATED this 30th day of October, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE OPENING BRIEF – [09-5262RBL-JRC]