UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOCINA RENE ESPINO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of the Social ) <br> Security Administration, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 09-5262 RBL-JRC <br><br> ORDER GRANTING PLAINTIFF'S <br> MOTION TO FILE OVERLENGTH <br> OPENING BRIEF |

THIS MATTER has come before the Court on Plaintiff's unopposed motion and for just cause shown the Court hereby GRANTS Plaintiff's motion. Plaintiff shall be allowed to exceed her briefing page limit of 24 pages by an additional 4 pages, with regard to her initial argument only.

IT IS SO ORDERED.

DATED this 7th day of December, 2009.

_____
J. Richard Creatura
United States Magistrate Judge