UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOCIA RENE ESPINO,

           Plaintiff,

           v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

           Defendant.

CASE NO. C09-5262RBL

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The matter is therefore REMANDED to the administration for further consideration; and

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 17th day of May, 2010.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1