# United States District Court

WESTERN DISTRICT OF WASHINGTON

DOCIA RENE ESPINO,

v.

MICHAEL J. ASTRUE,

JUDGMENT IN A CIVIL CASE

No. C09-5262RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) The matter is therefore REMANDED to the administration for further consideration.

| May 18, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk