UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOCIA RENE ESPINO, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 09-5262 RBL |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | <u>ORDER FOR EAJA FEES, COSTS</u> |
| Commissioner of the Social ) | <u>AND EXPENSES</u> |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Stipulated Motion For And Memorandum In Support Of EAJA Fees, the Defendant having stipulated to the same, and the Court agreeing that the EAJA fees, costs and expenses should be awarded, as good cause has been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees in the sum of $6,428.00, payable to the Plaintiff, Docia Rene Espino; and it is further

ORDER FOR EAJA FEES, COSTS AND EXPENSES – Page 1

1   ORDERED that Plaintiff is hereby awarded the sums of $350.00 for the filing fee herein and
2   $150.00 for reimbursement of the *pro hac vice* fee of Attorney Owen, with all of the aforementioned
3   fees being sent to the office of Michael Blanton, one of Plaintiff's attorneys.

DATED this 17th day of August, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jean C. Owen
JEAN C. OWEN
Attorney for Plaintiff